Certificate Number: 05781-PAE-DE-035549207

Bankruptcy Case Number: 21-10781



05781-PAE-DE-035549207

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 8, 2021</u>, at <u>10:48</u> o'clock <u>AM PDT</u>, <u>Robert Hanna</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 8, 2021</u>          By:     <u>/s/Allison M Geving</u>

                                Name:   <u>Allison M Geving</u>

                                Title:    <u>President</u>